## UNITED STATES DISTRICT COURT

### OFFICE OF THE CLERK
### DISTRICT OF VERMONT
### FEDERAL BUILDING
### BURLINGTON, VERMONT 05402-0945

RICHARD PAUL WASKO
CLERK

☐ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
☐ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

January 28, 2004

Tony Anastas, Clerk
United States District Court for the
District of Massachusetts
One Courthouse Way, Room 2300
Boston, MA 02210-3002

RE: *USA vs. MAMARCHEV, Steven*
Our Docket No. 2:99-CR-109-2
Your Docket No. *03-10407*

Dear Clerk of Court:

Enclosed are certified copies of the Fourth Superseding Indictment, Plea Agreement, Judgment, and docket entries for the above captioned case which has been transferred to your district pursuant to Probation Form 22 - Transfer of Jurisdiction (an extra original enclosed).

Please acknowledge receipt on the copy of this letter provided.

Sincerely,

Richard Paul Wasko
Clerk

BY: *Lisa Wright*
Deputy Clerk

Copy to:
U.S. Attorney's Office, Burlington, VT
U.S. Probation Office, Burlington, VT

===========================================

RECEIVED ABOVE MATERIALS THIS _____ DAY OF _____, 2004.

Signature:_____
Date:_____